# UNITED STATES DISTRICT COURT
## District of New Jersey

Chambers of
**THE HONORABLE STANLEY R. CHESLER**

U.S. Courthouse and Post Office Building
P.O. Box 999
Newark, NJ 07101-0999
(973) 645-3136
(973) 645-3177 (fax)

August 16, 2006

Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle N.E.
Washington, D.C. 20544

    Re:    Calendar Year 2005 Filing

Dear Judge Smith,

    Thank you for your letter of July 25, 2006 concerning my 2005 financial disclosure report. By way of this letter, I am amending Part VII, page 6, line 47, column D(3) to reflect that value code "J" should be listed in that column for the Fidelity N.J. Muni Money Fund.

Very truly yours,

STANLEY R. CHESLER
United States District Judge

| AO 10 Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>CHESLER, STANLEY R | 2. Court or Organization<br><br>UNITED STATES DISTRICT COURT | 3. Date of Report<br><br>05/10/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>ACTIVE DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>CLARKSON S. FISHER COURTHOUSE<br>U.S. COURTHOUSE<br>TRENTON, NEW JERSEY 08608 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. CO-TRUSTEE OF TESTAMENTARY TRUST ESTABLISHED BY THE WILL OF ▓▓▓▓▓▓ | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 MAY 17 A 11:16 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| CHESLER, STANLEY R | 05/10/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | K. HOVNANIAN ENTERPRISES |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. N.Y. INTELLECTUAL PROPERTY LAW ASSOCIATION | 3/18/05 HOTEL & DINNER NYC HOTEL WHILE ATTENDING ANNUAL DINNER HONORING FED. JUDICIARY |
| 2. ABA ENVIRONMENTAL LAW SECTION | 9/21/05 - 9/23/05 LODGING & TRANSPORTATION AS A SPEAKER AT THE ANNUAL MEETING IN NASHVILLE, TENNESSEE. |
| 3. GEORGE MASON UNIVERSITY, LAW SCHOOL, LAW & ECONOMICS CENTER | 11/12/05 - 11/18/05 FOOD, LODGING & TRANSPORTATION TO KEY WEST, FLORIDA. |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESLER, STANLEY R | 05/10/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESLER, STANLEY R | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. EVERGREEN SMALL CO. GROWTH FUND, BOSTON, MA | A | Dividend | J | T | | | | | |
| 2. SPARTA TWP BRD. OF ED. BOND | A | Interest | J | T | | | | | |
| 3. N.J. STATE BOND | A | Interest | J | T | | | | | |
| 4. N.J. STATE BOND | A | Interest | J | T | | | | | |
| 5. N.J. STATE BOND | A | Interest | J | T | | | | | |
| 6. PORT AUTHORITY NY & NJ BODN | A | Interest | | | SOLD | 8/1 | J | A | |
| 7. BANCO POPULAR, BROOKLYN, NY | A | Interest | K | T | | | | | |
| 8. U.S. TREASURY BILLS FED. RESERVE BANK OF NY | D | Interest | N | T | | | | | |
| 9. BANK OF AMERICA | C | Interest | M | T | | | | | |
| 10. INVESCO STABLE VALUE FUND | C | Dividend | L | T | | | | | |
| 11. INVESCO 500 INDEX FUND | C | Dividend | L | T | | | | | |
| 12. N.J. STATE BOND | B | Interest | K | T | | | | | |
| 13. N.J. STATE BOND | A | Interest | J | T | | | | | |
| 14. N.J. STATE BOND | A | Interest | K | T | | | | | |
| 15. N.J. STATE BOND | A | Interest | K | T | | | | | |
| 16. PORT AUTHORITY NY & NJ BOND | A | Interest | | | SOLD | 6/1 | K | B | |
| 17. ML BANKING ADVANTAGE | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESLER, STANLEY R | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MICROSOFT COMMON | A | Dividend | | | SOLD | 4/6 | J | A | |
| 19. SYNERGY BANK | D | Interest | N | T | | | | | |
| 20. CISCO COMMON | A | Dividend | | | SOLD | 12/15 | J | B | |
| 21. PORT AUTHORITY OF NY & NJ BOND | A | Interest | J | T | | | | | |
| 22. N.J. STATE BOND | A | Interest | J | T | | | | | |
| 23. PORT AUTHORITY OF NY & NJ BOND | A | Interest | J | T | | | | | |
| 24. MBNA BANK - CD | C | Interest | M | T | | | | | |
| 25. ING DIRECT BANK MONEY MARKET | B | Interest | K | T | | | | | |
| 26. CLINTON TWP N.J. BOND | A | Interest | J | T | | | | | |
| 27. CALIFORNIA STATE BOND | B | Interest | K | T | | | | | |
| 28. PORT AUTHORITY NY & NJ BOND | A | Interest | J | T | | | | | |
| 29. WEST ORANGE, N.J. BRD. OF ED. BOND | A | Interest | K | T | | | | | |
| 30. CALIFORNIA STATE BOND | A | Interest | J | T | | | | | |
| 31. PORT AUTHORITY BOND | A | Interest | J | T | | | | | |
| 32. HUDSON CITY S.B. ACCOUNTS | C | Interest | L | T | | | | | |
| 33. WEST ORANGE N.J. BRD OF ED BOND | A | Interest | J | T | BUY | 8/3 | J | | |
| 34. MERRILL LYNCH SMALL CAP INEX FUND | A | Dividend | J | T | BUY | 4/6 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESLER, STANLEY R | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MERRILL LYNCH SMALL CAP INDEX FUND | | | | | BUY | 6/7 | J | | |
| 36. MERRILL LYNCH SMALL CAP INDEX FUND | | | | | BUY | 7/6 | J | | |
| 37. MERRILL LYNCH SMALL CAP INDEX FUND | | | | | BUY | 12/16 | J | | |
| 38. MERRILL LYNCH S&P 500 INDEX FUND | A | Dividend | J | T | BUY | 4/6 | J | | |
| 39. MERRILL LYNCH S&P 500 INDEX FUND | | | | | BUY | 6/7 | J | | |
| 40. MERRILL LYNCH S&P 500 INDEX FUND | | | | | BUY | 7/6 | J | | |
| 41. FIDELITY SPARTAN 500 INDEX FUND | A | Dividend | K | T | BUY | 7/13 | J | | |
| 42. FIDELITY SPARTAN 500 INDEX FUND | | | | | BUY | 8/5 | J | | |
| 43. FIDELITY SPARTAN 500 INDEX FUND | | | | | BUY | 9/6 | J | | |
| 44. FIDELITY SPARTAN 500 INDEX FUND | | | | | BUY | 10/4 | J | | |
| 45. FIDELITY SPARTAN 500 INDEX FUND | | | | | BUY | 11/3 | J | | |
| 46. FIDELITY SPARTAN 500 INDEX FUND | | | | | BUY | 12/5 | J | | |
| 47. FIDELITY N.J. MUNI MONEY MARKET | A | Dividend | J | T | OPENED | 4/6 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII.

INCOME FOR ALL MERRILL LYNCH SMALL CAP HOLDINGS, (LINES 34 - 37) IS REPORTED ON LINE 34.

INCOME FOR ALL MERRILL LYNCH S&P 500 INDEX FUND HOLDINGS (LINES 38 -40) IS REPORTED ON LINE 38.

INCOME FOR ALL FIDELITY SPARTAN 500 HOLDINGS (LINES 41 - 46) IS REPORTED ON LINE 41.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date_____5/12/06_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544